

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SELENA S. JOHNSON,<br><br>Defendant. | Case: 4:21-cr-20079<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 2/3/2021<br>Description: USA v. SELENA JOHNSON (TT)<br><br>Violation:<br>18 U.S.C. § 922(a)(6) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### FALSE STATEMENT DURING PURCHASE OF A FIREARM
### (18 U.S.C. § 922(a)(6) & U.S.C. § 924(a)(2))

On or about May 16, 2020, in the Eastern District of Michigan, SELENA S. JOHNSON, in connection with the acquisition of a firearm, specifically a Century Arms, model RAS 47, 7.62 x 39 caliber semi-automatic rifle, from Dunham's Sports, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Dunham's Sports which was intended and likely to deceive Dunham's Sports as to a fact material to the lawfulness of the sale of the firearm to JOHNSON under Chapter 44 of Title 18, specifically JOHNSON completed and executed a Department of Justice, Bureau of

Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, which falsely stated that that she was the actual buyer of the firearm indicated on the Form 4473, when in fact JOHNSON knew she was not the actual buyer of the firearm, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION
### (18 U.S.C. § 924(d)(1))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Count One, SELENA S. JOHNSON shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 924(d)(1) any firearm or ammunition involved in said offense, including a Century Arms, model RAS 47, 7.62 x 39 caliber semi-automatic rifle.

**THIS IS A TRUE BILL.**

Dated: February 3, 2021

SAIMA S. MOHSIN
Acting United States Attorney

s/JULES M. DePORRE
JULES M. DePORRE
Assistant United States Attorney
MI State Bar P-73999
600 Church Street
Flint, Michigan 48502-1280

s/GRAND JURY FOREPERSON

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case: 4:21-cr-20079<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 2/3/2021<br>Description: USA v. SELENA JOHNSON (TT) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | AUSA's Initials: JMD |

**Case Title:** USA v. SELENA S. JOHNSON

**County where offense occurred :** GENESEE

**Check One:**   ☑ Felony   ☐ Misdemeanor   ☐ Petty

\_\_\_\_Indictment/\_\_\_\_Information --- **no** prior complaint.
_X_ Indictment/\_\_\_\_Information --- based upon prior complaint [Case number: 21-mj-30023 ]
\_\_\_\_Indictment/\_\_\_\_Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

02/03/2021
Date

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013