# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-

SELENA S. JOHNSON,

       Defendant.

Case No. 21-cr-20079
Hon. Matthew F. Leitman

_____/

## AMENDED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTE CJA PANEL ATTORNEY

The Court, having reviewed the Motion to Withdraw as Counsel and Substitute CJA Panel Attorney, and counsel for the Government having no objection to the motion,

Accordingly,

**IT IS ORDERED** that the Motion to Withdraw as Counsel and Substitute CJA Panel Attorney is **GRANTED.**

**IT IS ORDERED** that CJA Panel Attorney Barry Wolf is substituted as counsel and may file an appearance forthwith.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   January 21, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 21, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126