UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER OF DETENTION PENDING PRETRIAL RELEASE VIOLATION HEARING** |
| *Plaintiff,* | |
| v. | CASE NUMBER:  4:21-cr-20079 |
| SELENA S. JOHNSON, | |
| *Defendant.* | |

## I.   Procedural Background

On January 15, 2021, Defendant was released on bond under certain conditions reflected in an order of this court. (ECF No. 8).  On July 12, 2021, District Judge Matthew F. Leitman issued an Arrest Warrant for Defendant's arrest. (ECF No. 26).  The warrant was issued based on a violation of those release conditions.  (*Id.*)

On June 2, 2022, Defendant was brought before the Court on an initial appearance for the alleged violation of release conditions.  Counsel for Defendant was present at the initial appearance.  During the hearing, Defendant exercised her right to a hearing to determine whether she violations her conditions of release.  As a result, a hearing was scheduled.

## II. Order

I **ORDER** the detention of Defendant without bail pending her pretrial release violation hearing before District Judge Shalina D. Kumar.

Date: June 2, 2022

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge